JOSEPH JALOWIECKI *v.* RICHARD STANISH
(4689)

BORDEN, SPALLONE and DALY, Js.

Argued January 7—decision released January 9, 1987

*James M. S. Ullman,* for the appellant (defendant).
*Terence D. Mariani,* for the appellee (plaintiff).

PER CURIAM. There is no error.